IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROY ANTRON LOWE, )
 )
       Petitioner, )
 )
v. ) 1:09CV595
 ) 1:07CR71-2
UNITED STATES OF AMERICA, )
 )
       Respondent. )

## O R D E R

Petitioner in this action previously submitted a motion to vacate, set aside, or correct his sentence. That motion was deficient, but it was filed and stayed to give Petitioner time to remedy the deficiencies. He has now filed an amended motion which is sufficient. Therefore, in accordance with Rule 4(b), Rules Governing Section 2255 Proceedings, the United States Attorney is directed to file a response to Petitioner's amended motion within sixty (60) days from the date of the entry of this Order.

**IT IS SO ORDERED.**

                                                  /s/ Donald P. Dietrich
                                **Donald P. Dietrich, U.S. Magistrate Judge**

September 30, 2009